Case 3:10-cv-00877-AVC   Document 13   Filed 10/22/10   Page 1 of 3
Case 3:10-cv-00877-AVC   Document 12-1   Filed 09/20/10   Page 1 of 4

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRAHAM CAPITAL MANAGEMENT, L.P., | : |
| Plaintiff, | : CIVIL ACTION NO.: 3:10-cv-877 (AVC) |
| vs. | : |
| YU ZHENG, | : |
| Defendant. | : SEPTEMBER 20, 2010 |

### STIPULATED JUDGMENT AND ORDER

WHEREAS, although Plaintiff Graham Capital Management, L.P. (hereinafter "GCM" or "Plaintiff") and Defendant Yu Zheng ( hereinafter "Zheng" or "Defendant") do not admit any wrongdoing or liability in the above-captioned matter, each party seeks to resolve this matter without further litigation and, after consulting with their respective counsel, each party consents to the terms of this Stipulated Judgment and Order set forth below and moves this Court to enter this Stipulated Judgment and Order; and

WHEREAS, this Court has reviewed the Stipulated Judgment and Order below and has determined that it is appropriate to enter.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

71573895.4

1.      From March 1, 2010 to February 28, 2011, Zheng will not engage in any activities, whether as a shareholder, principal, agent, partner, officer, director, employee, independent contractor, consultant, licensor, lessor or sellor, involving or related to the development or use of any computer-based investment or trading system that generates instructions to trade securities, futures, options or foreign currency for or on behalf of a securities or commodities trading advisor, a hedge fund or proprietary trading unit of any bank, asset manager or other entity or person (other than for Zheng's own personal account).

2.      From March 1, 2010 to February 28, 2012, Zheng will not, for his own benefit or the benefit of any other person or entity with which Zheng may hereafter be a shareholder, principal, agent, partner, officer, director, employee, independent contractor, consultant, licensor, lessor, seller or otherwise affiliated in any other capacity: (i) solicit or accept the securities investment or commodity trading advisory business of any person or entity (including any affiliate of such person or entity) who is known to Zheng to be a client of the Company or its affiliates; (ii) solicit, cause, induce, influence or accommodate any employee or agent of GCM or its affiliates to leave his or her employment or engagement with GCM or its affiliates in order to become an employee, agent, independent contractor, consultant or partner with any other person or entity; (iii) hire or engage in any capacity any employee of GCM or its affiliates or any person who is an employee of GCM or its affiliates, or was an employee of GCM or its affiliates during Zheng's employment with GCM; or (iv) otherwise knowingly interfere in any way with the relation of GCM and any of its known clients or employees.

3.      From March 1, 2010 to February 28, 2012, Zheng will immediately notify GCM in writing of the names and addresses of any persons or entities with whom Zheng is employed, associated or related in a business capacity, whether as a shareholder, principal, agent, partner, officer director, employee, independent contractor, consultant, licensor, lessor, seller or otherwise, and such notice shall specify the nature of the business of such person or entity and the nature of the positions or functions that he will perform for it (hereinafter "notification data"). Such notification data shall be provided in writing to: Paul Sedlack, Chief Executive Officer, Graham Capital Management, L.P., 40 Highland Avenue, Rowayton, CT 06853.

4.      This Court shall retain jurisdiction over any proceeding with respect to the enforcement of this Stipulated Judgment Order.

5.      This Stipulated Judgment and Order shall expire and be of no further force or effect as of March 1, 2012.

The clerk of the court is hereby directed to consider this case closed.

So ordered this 20th day of October, 2010, at Hartford, Connecticut.

/s/ Alfred V. Covello, USDJ

---

Alfred V. Covello,
United States District Judge